UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
GUIDO CUEVAS,

              Movant,

-against-                                  08 Civ. 5638 (LAK)
                                           (03 Crim.1315 (LAK))

UNITED STATES OF AMERICA,

              Respondent.
------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 7/8/2008

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to this motion, pursuant to 28 U.S.C. § 2255, within thirty (30) days of the date of this Order.

       SO ORDERED.

Dated:     July 8, 2008

                                                                Lewis A. Kaplan
                                                               United States District Judge